UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TERENCE CHRISTOPHER POWELL                                              PLAINTIFF

v.                              No. 2:20-CV-02185

DEPUTY ARNOLDUSSEN and
CORPORAL RISLEY                                                         DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 30) from Chief United States Magistrate Judge Mark E. Ford. No objections were filed and the deadline to object has passed. The report and recommendation is ADOPTED IN FULL.

IT IS THEREFORE ORDERED that Defendants' motion for partial summary judgment (Doc. 25) is GRANTED IN PART and DENIED IN PART. The motion is GRANTED insofar as Plaintiff's official capacity claims, freedom of religion claim, and denial of medical care claim are DISMISSED WITH PREJUDICE. The motion is DENIED insofar as Plaintiff's individual capacity due process and excessive force claims against Defendant Corporal Risley remain pending for trial. Trial will be reset by separate order.

IT IS SO ORDERED this 22nd day of September, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE